UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61781-CV-DIMITROULEAS

ALEJANDRO JOSE VILLARREAL UMBRIA,

     Petitioner,

v.

WARDEN BROWARD TRANSITIONAL CENTER, ET. AL.,

     Respondents.

_____/

## ORDER CANCELLING HEARING; CLOSING CASE

This Cause is before the Court on Respondents' Status Report [DE 9] filed herein on July 23, 2026. [DE 9] Therein, Respondents indicate that Petitioner received a bond hearing, and the Immigration Judge granted release on bond. *See* [DE 9-1]

Accordingly, it is **ORDERED AND ADJUDGED** that the Hearing set for July 24, 2026 is **CANCELLED**. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record